JOHN M. BEGAKIS (Bar No. 278681)
john@AltViewLawGroup.com
JASON W. BROOKS (Bar No. 249344)
jason@AltViewLawGroup.com
**ALTVIEW LAW GROUP, LLP**
12100 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (310) 943-2540

*Attorneys for Defendant* JEREMY AXEL, an individual

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA INTERNATIONAL MACHINERY, a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>JEREMY AXEL, an individual residing in Colorado; and DOES 1 TO 25, inclusive,<br><br>           Defendants. | CASE NO: 1:21-at-00512<br><br>**NOTICE OF REMOVAL**<br><br>State Court Complaint Filed: 3/22/21<br>Complaint Served via Cert. Mail: 3/26/21<br>Complaint Removed: 5/4/21 |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441 *et seq*., Defendant JEREMY AXEL, an individual ("Defendant") hereby removes the above-captioned action to this Court from the Superior Court of the State of California, County of Kern. The Complaint was filed on March 22, 2021 by Plaintiff SIERRA INTERNATIONAL MACHINERY, a California corporation ("Plaintiff") in the California Superior Court, and served on Defendant pursuant to California Code of Civil Procedure § 415.40 (authorizing service on out-of-state defendants via certified mail, effective ten (10) days after mailing) on March 26, 2021. Removal is timely because it has been no later than 30 days after service was effected on April 5, 2021 (i.e., ten (10) days after mailing) as required by 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders in this action is included herein as Exhibit 1. In support of this Notice of Removal, Defendant states as follows:

## **GROUNDS FOR REMOVAL**

This Court has exclusive jurisdiction over this removed action under 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338(a) and (b), because the Complaint asserts a claim for trademark infringement in violation of 15 U.S.C. § 1114. Furthermore, the other claims asserted in the Complaint are closely related to the claim of trademark infringement and form part of the same case or controversy, and accordingly this Court has supplemental jurisdiction over all other claims in this action pursuant to 28 U.S.C. § 1367. *City of Chicago v. Int'l Coll. Of Surgeons*, 522 U.S. 156, 165 (1997) ("[Supplemental jurisdiction] provision applies with equal force to cases removed to federal court as to case initially filed there.").

This Court also has exclusive jurisdiction over this removed action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant. Complete diversity exists because Plaintiff is a corporation incorporated in California, and Defendant is an individual who resides in Denver, Colorado. *See* 28 U.S.C. § 1332 (c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where

NOTICE OF REMOVAL

it has its principal place of business.") Additionally, the Complaint indicates that the amount in controversy exceeds $75,000, particularly when amounts resulting from the potential disgorgement of Defendant's profits, and from a potential award of punitive and exemplary damages and attorneys' fees, as claimed by Plaintiff in the Complaint, are included. *Simmons v. PCR Technology*, 209 F.Supp.2d 1029, 1031 (2002) ("The jurisdictional minimum may be satisfied by claims for special and general damages, attorneys' fees and punitive damages."); *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 81 (2014) ("a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.")

## VENUE

Venue in this district and division is proper under 28 U.S.C. § 1441(a) because this district and division embrace the Superior Court of the State of California for the County of Kern, the forum in which the removed action was pending.

## NOTICE

Concurrently with the filing of this Notice of Removal, Defendant will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California for the County of Kern.

## RESERVATION OF RIGHTS

Defendant files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in Defendant's favor in either state or federal court.

Dated:  May 4, 2021

Respectfully submitted,

**ALTVIEW LAW GROUP, LLP**


By:    /s/ John Begakis
JOHN M. BEGAKIS
JASON W. BROOKS
*Attorneys for Defendant*
JEREMY AXEL, an individual

NOTICE OF REMOVAL