DUSTIN S. DODGIN, State Bar No. 245297
JEFFREY W. NOE, State Bar No. 167387
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
10000 Stockdale Highway, Suite 200
Bakersfield, California 93311
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  ddodgin@kleinlaw.com
        jnoe@kleinlaw.com

Attorneys for Plaintiff,
Sierra International Machinery, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA INTERNATIONAL MACHINERY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY AXEL, an individual residing in Colorado; and DOES 1 TO 25, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00723-JLT-BAK<br><br>**STIPULATION TO RESCHEDULE THE SCHEDULING CONFERENCE BASED ON THE PARTIES' SETTLEMENT AGREEMENT IN PRINCIPLE; [~~PROPOSED~~] ORDER THEREON**<br><br>Complaint Filed:   3/22/21<br>Trial Date:     None set |

   The parties respectfully request that the Scheduling Conference currently set for May 4, 2022, be rescheduled for a date in late-June.

   This request is made on the grounds that the parties have reached an agreement in principle to settle this action.  The parties expect to complete the settlement papers and to file any related documents with the Court within the next 15 days.  As such, to conserve the resources of the parties and the Court, the parties respectfully request that the Scheduling

Conference be rescheduled to June 20, 2022, or some other date thereafter that is convenient to the Court.

Respectfully submitted,

Dated: April 27, 2022                    Klein, DeNatale, Goldner,
                                         Cooper, Rosenlieb & Kimball, LLP

                                         /s/    Jeffrey W. Noe
                                         Jeffrey W. Noe
                                         Attorneys for Plaintiff,
                                         Sierra International Machinery, Inc.

Dated: April 27, 2022                    AltView Law Group, LLP

                                         /s/  John M. Begakis (as authorized on 4/26/22)
                                         John M. Begakis
                                         Jason W. Brooks
                                         Attorneys for Defendant,
                                         Jeremy Axel

## **ORDER**

Based on the parties' notice of settlement, and pursuant to Local Rule 160, the Court orders the parties, no later than May 17, 2022, to file appropriate papers to dismiss or conclude this action in its entirety. This Court VACATES all pending dates and matters, including the Scheduling Conference currently set for May 4, 2022. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

In the event the parties are unable to timely complete the settlement papers, they may request an extension of time supported by good cause. Alternatively, if the parties are unable to

complete the settlement, then they may submit a request that the Court re-set the Scheduling Conference in this action.

IT IS SO ORDERED.

    Dated:   **April 27, 2022**          /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE