Dustin S. Dodgin, SBN 245497
Jeffrey W. Noe, SBN 167387
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311
Telephone:  661-395-1000
Facsimile:  661-326-0418
Email:  ddodgin@kleinlaw.com
         jnoe@kleinlaw.com

Attorneys for Plaintiff, SIERRA
INTERNATIONAL MACHINERY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA INTERNATIONAL MACHINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY AXEL, an individual residing in Colorado; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00723-JLT-BAK<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint Filed:   March 22, 2021<br>Trial Date:   None Set |

The parties to this action, Sierra International Machinery, Inc. ("Plaintiff") and Jeremy Axel ("Defendant"), hereby stipulate and agree as follows:

1. This stipulation is being submitted to the Court pursuant to a settlement agreement entered into by the parties.

2. That the Court enter the Final Judgment and Permanent Injunction attached hereto as Exhibit A ("Final Judgment") without the taking of any proof and without trial or adjudication of any fact or law.

3. The Court has subject matter jurisdiction over the matters alleged in this action (which includes a trademark infringement claim under the Lanham Act, 15 U.S.C. §§ 1051 et seq.) and personal jurisdiction over the parties.

4.     By entering into this stipulation and the related settlement agreement, Defendant does not admit to any liability or wrongdoing related to the claims asserted in this action.

5.     The parties waive the right to set aside the Final Judgment through any collateral attack and waive their right to appeal the Final Judgment.

6.     That the Court retain jurisdiction over the parties, the parties' settlement agreement, and the Final Judgment for the purpose of interpreting and enforcing the settlement agreement and Final Judgment.

Dated: May 4, 2022

Klein, DeNatale, Goldner,
Cooper, Rosenlieb & Kimball, LLP

/s/   Jeffrey W. Noe
Jeffrey W. Noe
Attorneys for Plaintiff,
Sierra International Machinery, Inc.

Dated: May 4, 2022

AltView Law Group, LLP

/s/  John M. Begakis (as authorized on 5/4/22)
John M. Begakis
Attorneys for Defendant,
Jeremy Axel

# EXHIBIT A

Dustin S. Dodgin, SBN 245497
Jeffrey W. Noe, SBN 167387
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311
Telephone:  661-395-1000
Facsimile:  661-326-0418
Email:      ddodgin@kleinlaw.com
            jnoe@kleinlaw.com

Attorneys for Plaintiff, SIERRA
INTERNATIONAL MACHINERY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA INTERNATIONAL MACHINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY AXEL, an individual residing in Colorado; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00723-JLT-BAK<br><br>**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint Filed:  March 22, 2021<br>Trial Date:  None Set |

Pursuant to the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, and for good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court has jurisdiction over the subject matter of the complaint filed in this action and over the parties.

2. Pursuant to the authority vested under the Lanham Act (see, e.g., 15 U.S.C. § 1116), defendant Jeremy Axel ("Defendant"), as well as his successors, assigns, partners, and any person or entity acting in concert with or on behalf of Defendant, is hereby enjoined from the following:

    a. Using United States Trademark Registration No. 4,342,540 for the word mark SIERRA and United States Trademark Registration No.

5,885,542 for the work mark SIERRA with letters in red stylized form (the "Registered Trademarks"), unless Defendant and plaintiff Sierra International Machinery, Inc. ("Plaintiff") subsequently enter into a written license or other agreement authorizing Defendant's use of the Registered Trademarks; and

    b.    Assisting or abetting in any way any other person or entity in using the Registered Trademarks, unless a written license or other agreement from Plaintiff authorizes such conduct.

3.    The Court retains jurisdiction over the parties, the parties' settlement agreement, and the Final Judgment to the extent necessary to interpret and enforce this Final Judgment and the parties' settlement agreement, and to determine any issues which may arise concerning the Final Judgment or the parties' settlement agreement.

IT IS SO ORDERED.

DATED: _____

                                      Hon. Jennifer L. Thurston
                                      United States District Judge